# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHENITRA STUART, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 10-3520 |
| AR RESOURCES, INC., and DOES 1-10, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *15th* day of *March*, 2011, upon consideration of the Motion of Defendant AR Resources, Inc., to Dismiss Plaintiff's Complaint (Docket No. 7), and Plaintiff Shenitra Stuart's Memorandum in Opposition to Defendant's Motion to Dismiss (Docket No. 9), it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss (Docket No. 7) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Defendant's Motion to Dismiss Plaintiff's claims under the Fair Debt Collection Practices Act (Count I), the Pennsylvania Fair Credit Extension Uniformity Act (Count II), the Telephone Consumer Protection Act (Count III), and the Pennsylvania Unfair Trade Practices and Consumer Protection Law (Count V) are **DENIED**;

    b. Defendant's Motion to Dismiss Plaintiff's claim for invasion of privacy by intrusion on seclusion (Count IV) is **GRANTED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*

RONALD L. BUCKWALTER, S. J.