UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Shenitra Stuart, <br><br> Plaintiff, <br> v. <br><br> AR Resources, Inc.; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: 10 3520 |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against AR Resources, Inc. with prejudice and without costs to any party.

Shenitra Stuart

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
LEMBERG & ASSOCIATES
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250
Attorney for Plaintiff

AR Resources, Inc.

/s/ William Roark

William G. Roark
Hamburg, Rubin, Mullin, Maxwell & Lupin
375 Morris Road
P.O. Box 1479
Lansdale, PA 18964
(215) 661-0400
Attorney for Defendant

12/15/11

SO ORDERED

{00875095;v1 }

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Jody B. Burton
Jody B. Burton

{00875095;v1 }